UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

|  |  |
|---|---|
| Plaintiff, |  |
| -against- | 13 CR-268 (JMF) |
| EUGENE TRINCHER, | MOTION FOR ADMISSION PRO HAC VICE |
| Defendant. |  |

_____

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Donald M. Ré, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Eugene Trincher in the above-captioned action.

  I am in good standing of the bars of the state of California and there are no disciplinary proceedings against me in any state or federal court.

DATED: May 23, 2013       Respectfully submitted,


                /s/ Donald M. Re
                DONALD M. RÉ

                Applicant's Name: Donald M. Ré

                Firm Name: Donald M. Ré, APLC

                Address: 624 S. Grand Avenue, 22nd Floor

                City/State/Zip: Los Angeles, CA   90017

                Telephone:  (213) 623-4234

                Fax:  (213) 623-6101

                Email: donaldmreplc@yahoo.com