*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2013

BY E-MAIL

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007

> The conference is rescheduled for June 12, 2013, at 11 a.m.  The parties need not appear if Mr. Weinberg enters a notice of appearance for all purposes before that time.
>
> SO ORDERED.
>
> *[signature]*
>
> June 6, 2013

Re:   United States v. Eugene Trincher,
      13 Cr. 268 (JMF)

Dear Judge Furman:

      As the Court is aware, Martin Weinberg has appeared as counsel for defendant Vadim Trincher for purposes of bail only.  At the May 10, 2013 conference, the Court indicated that if defendant Vadim Trincher had not retained counsel for all purposes by early June, then the Court intended to hold a *Faretta* hearing on Monday, June 10, 2013 at 2:30 p.m.  At that hearing, the Government respectfully suggests that the Court ask the defendant the attached questions, among others.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:   *[signature]*
      Joshua A. Naftalis
      Harris M. Fischman
      Peter Skinner
      Assistant United States Attorneys
      (212) 637-2310 / 2305 / 2601

Enclosure

cc:   Martin Weinberg, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2013