*Law Offices*
## DONALD M. RÉ
A PROFESSIONAL LAW CORPORATION

ONE WILSHIRE BUILDING
624 SOUTH GRAND AVENUE, TWENTY SECOND FLOOR
LOS ANGELES, CALIFORNIA 90017

DONALD M. RÉ

TELEPHONE
(213) 623-4234

FACSIMILE
(213) 623-6101

June 4, 2014

BY ECF

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York   10007

Re: Sentencing of Eugene Trincher;
13 Cr. 268 (JMF)

Dear Judge Furman:

The defendant Eugene Trincher respectfully responds to the position of the government filed by letter June 2, 2014.

1. Eugene Trincher has fully accepted responsibility for his participation in arranging high stakes poker games in the New York area. It would appear, however, that Trincher's motivation for participating in these games was different from that of most participants in similar activities.

Because of Trincher's unique personal background, he made every effort to fit in and be accepted by those around him.

While he fully recognizes, and has stated, that the decision to engage in the gambling activity was his own, he felt that by doing so he would be accepted by family, friends and associates.

2. It is also true, although not part of the charged offense, that Trincher on a limited number of occasions helped his father "move cash".

But again, Eugene's motivation was not greed or self aggrandizement. As properly phrased by the government he "helped [his] father" by doing so.

Again, this is not offered as an excuse, and Eugene fully accepts responsibility for his entire course of conduct in this case.

The Honorable Jesse M. Furman
June 4, 2014
Page 2

3. The true significance, it is submitted, of these circumstances is that, until very recently, Eugene more reacted than acted. He desperately wanted to be accepted, and paid very little attention to his own personal development.

Fortunately, that has now changed.

Until recently, Eugene has never had a bank account or a credit card of his own. Recently, however, he started working at a job, started a bank account, and did so not because he was told to, but rather because he determined it was the appropriate thing for him to do.

Eugene has been employed at Auto Spa Connection, Inc. in Los Angeles, a car wash and convenience store. His manager, Noemi Aguilera, has written a letter filed with the court on May 29, 2014 which details the numerous ways Eugene has been of assistance in helping to run the business.

Similarly, Eugene had prepared applications to resume his college education, but has delayed submitting them, because he is unsure of the outcome of these proceedings.

For the first time, Eugene is making decisions not in reaction to the opinions of those around him, but because he wants to better himself. It is, perhaps, ironic that this motivation may actually stem from the pendency of these charges, which forced Eugene to realize that his reactive behavior had taken him down the wrong path.

4. Eugene is a remarkable and kind young man. He has the opportunity now to, perhaps for the first time, grow and develop on his own. However, he will never lose his innate desire to help others in need.

It is for these reasons that the defense respectfully requests that this court impose a period of probation on Eugene Trincher, with the condition that he perform an appropriate number of hours of community service.

The Honorable Jesse M. Furman
June 4, 2014
Page 3

       This will allow him to continue his development, work, and education, while helping those in the community, and at the same time helping himself.

                                        Respectfully submitted,

                                        DONALD M. RÉ
                                        A Professional Law Corporation

                                        /s/
                                        Donald M. Ré

DMR:drn

cc: Harris M. Fischman, AUSA
    Joshua A Naftalis, AUSA
    Kristy J. Greenberg, AUSA
    Peter Skinner, AUSA